```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

11679554 CANADA INC.,

                                Plaintiff,                      22-CV-01165 (ER)(SN)

                 -against-                              **ORDER**

ASHLEY STEWART, INC., et al.,

                                Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On Wednesday, January 4, 2023, the Honorable Edgardo Ramos assigned this matter to my docket for settlement. ECF No. 38. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive.

SO ORDERED.

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:       January 5, 2023
                  New York, New York